**Opinion issued September 26, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00648-CV

_____

**LEGACY DCS, LLC, Appellant**

**V.**

**PLUMBING ACEE, INC. D/B/A SONNY'S PLUMBING, Appellee**

---

**On Appeal from the County Court at Law No. 4 & Probate**
**Brazoria County, Texas**
**Trial Court Case No. CI59304**

---

## MEMORANDUM OPINION

Appellant filed a restrictive appeal from the trial court's default judgment signed on June 7, 2019. On September 10, 2019, the parties filed a joint motion to vacate the trial court's judgment and dismiss the case with prejudice. The parties also ask that we tax costs against the parties who incurred them.

We grant the parties' motion, vacate the trial court's judgment of June 7, 2019, and dismiss the underlying suit with prejudice. *See* TEX. R. APP. P. 42.1; 43.2(e). Any pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Justices Kelly, Hightower, and Countiss.